**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDELL JAMON JONES,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY OF MODESTO, et al,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 08-0396 LJO DLB<br><br>**ORDER TO DENY MOTION TO DISMISS AS MOOT AND TO VACATE HEARING**<br>(Doc. 14.) |

On April 9, 2008, defendants filed their F.R.Civ.P. 12(b)(6) motion to dismiss (Doc. 14) plaintiff's original complaint. Defendants were unaware that plaintiff had filed an amended complaint on April 3, 2008 as a matter of course, pursuant to F.R.Civ.P. 15(a)(1)(A). As such, this Court DENIES defendants' motion to dismiss as moot and VACATES the May 7, 2008 hearing on the motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 9, 2008**                              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1