1  SUSANA ALCALA WOOD, SB#156366
   JAMES F. WILSON, Senior Deputy City Attorney #107289
2  1010 10th Street, Suite 6300
   P.O. Box 642
3  Modesto, California 95353

4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5
   Attorneys for Defendants City of
6  Modesto, Adam McGill, and Officers
   Rafael Vega, Jeff Protine, Mike Hicks,
7  Craig Plante, and Jason Grogan

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  **WENDELL JAMON JONES ,**          )   No.  1:08-CV-00396-LJO-DLB
                                       )
11                  Plaintiff,         )   **STIPULATION REGARDING ANSWER**
                                       )   **TO FIRST AMENDED COMPLAINT BY**
12          vs.                        )   **DEFENDANT ADAM MCGILL AND**
                                       )   **ORDER**
13  **CITY OF MODESTO, ROY W.**        )
    **WASDEN, ADAM MCGILL, RAFAEL**    )
14  **VEGA, JEFF PROTINE, MIKE HICKS,**)
    **CRAIG PLANTE, JASON GROGAN, and**)
15  **DOES 1 through 100,**            )
                                       )
16                  Defendants.        )
                                       )
17  _____   )

18                          **STIPULATION**

19          Service of summons and complaint having been made by the plaintiff on defendant Adam

20  McGill, a request for defense of the action having been submitted to the defendant City of Modesto by

21  defendant McGill, and granted by defendant City, and counsel for the parties having met telephonically

22  and conferred regarding the issue of the commencement of the defense of the action on defendant

23  McGill's behalf, the parties seek the court's approval of the following stipulation.

24          Defendant McGill hereby stipulates to accept service of the plaintiff's first amended complaint

25  on the remaining defendants as having been made on him effective the date upon which service of the

26  superceded original complaint was made.

27  ///

28  ///

                                    -1-

1    The parties further hereby stipulate and agree that defendant Adam McGill be deemed to have

2    joined in the defendants' motion seeking the dismissal of plaintiff's first amended complaint, that the

3    court's ruling and order on that motion be deemed to apply to defendant McGill and his interests in this

4    action, and that the defendant's answer to plaintiff's first amended complaint be deemed to have been

5    made and filed on his behalf, and to have full force and effect as his responsive pleading in this action.

6    Counsel for the parties hereby represent that each has full authority from his respective client(s)

7    to enter into the instant stipulation, and to bund his client(s) by executing this stipulation document.

8    Dated: June 20, 2008                                    Respectfully submitted,

9                                                            SUSANA ALCALA WOOD
                                                             City Attorney
10

11                                                           By: _____/S/_____
                                                                 JAMES F. WILSON
12                                                               Senior Deputy City Attorney

13                                                           Attorneys for Defendants City of Modesto,
                                                             Adam McGill, and Officers Rafael Vega, Jeff
14                                                           Protine, Mike Hicks, Craig Plante, and Jason
                                                             Grogan
15

16   Dated: June 20, 2008                                   Respectfully submitted,

17                                                          LAW OFFICE OF ANTHONY HARRIS

18

19                                                          By: _____/S/_____
                                                               ANTHONY HARRIS
20                                                             Attorney for Plaintiff

21
     IT IS SO ORDERED.
22
     **Dated:   June 30, 2008**              _____/s/ Dennis L. Beck_____
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

-2-