1  ANTHONY HARRIS, SBN 220714
   LAW OFFICE OF ANTHONY HARRIS
2  26953 Mission Boulevard, Suite B
   Hayward, California 94586
3
   Telephone: (510) 827-8676
4  Attorney for Plaintiff

5  SUSANA ALCALA WOOD, SB#156366
   JAMES F. WILSON, Senior Deputy City Attorney #107289
6  1010 10th Street, Suite 6300
   P.O. Box 642
7  Modesto, California 95353

8  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
9
   Attorneys for Defendants
10

11                    UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

13  **WENDELL JAMON JONES,**              )   No. 1:08-CV-00396-LJO-DLB
                                          )
14                    Plaintiff,          )
                                          )   **STIPULATION OF THE PARTIES AND**
15       vs.                              )   **PLAINTIFF'S MOTION RE: PARTIAL**
                                          )   **DISMISSAL; ORDER**
16  **CITY OF MODESTO, ROY W.**           )
    **WASDEN, ADAM MCGILL, RAFAEL**       )
17  **VEGA, JEFF PROTINE, MIKE HICKS,**   )
    **CRAIG PLANTE, JASON GROGAN, and**   )
18  **DOES 1 through 100,**               )
                                          )
19                    Defendants.         )
                                          )
20  _____)

21                        **STIPULATION AND MOTION**

22       The parties to the above-entitled action, before trial, do hereby stipulate and agree to the partial

23  dismissal of the action, as follows:

24       In exchange for the agreement by all defendants to the action to waive any right to recover the

25  cost of defense in the action directly attributable solely to the defense of the defendants Sgt. Jason

26  Grogan, Det. Mike Hicks, and the City of Modesto, or any of them, the plaintiff agrees, and hereby

27  moves the court for an order to dismiss, with prejudice, all claims in the above-entitled action against

28

                                          -1-

the defendants Sgt. Jason Grogan, and Det. Mike Hicks of the Modesto Police Department, and the City of Modesto.

**IT IS SO STIPULATED.**

Dated: May 5, 2009  LAW OFFICE OF ANTHONY HARRIS

By: _____/S/_____
 ANTHONY HARRIS
 Attorney for Plaintiff

Dated: May 5, 2009  SUSANA ALCALA WOOD
 City Attorney

By: _____/S/_____
 JAMES F. WILSON
 Senior Deputy City Attorney

 Attorneys for Defendants

## **ORDER**

In light of the stipulation of the parties set forth above, the plaintiff's motion for an order dismissing all claims against defendants Jason Grogan, Mike Hicks and the City of Modesto in the above-entitled action is **GRANTED**.

IT IS SO ORDERED.

**Dated:　May 5, 2009**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE