UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE RUDY BACA,<br>in the matter of<br><br>**WENDELL JAMON JONES**,<br><br>      Plaintiff,<br>  vs.<br><br>**ADAM MCGILL, RAFAEL VEGA, JEFF PROTINE, and CRAIG PLANTE,**<br><br>      Defendants. | No. 1:08-CV-00396-LJO-DLB<br><br>**ORDER TO SET CONTEMPT HEARING**<br><br>Date:  Friday, May 22, 2009<br>Time:  10:30 a.m.<br>Court:  4 (LJO) |

On April 25, 2009, plaintiff's attorney Anthony Harris ("Mr. Harris") personally served a subpoena in this civil case on Rudy Baca ("Mr. Baca"). Pursuant to the subpoena, Mr. Baca was ordered to appear at Robert E. Coyle United States Courthouse, 2500 Tulare Street in Fresno, California on May 5, 2009 at 1:00 p.m. At that time, Mr. Baca was expected to testify. Mr. Baca failed to appear as ordered.

Pursuant to Fed. R. Civ. P. 45(e), this Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena." In addition, this Court has statutory power "to punish by fine, or imprisonment, or both, at its discretion, such contempt of its authority as disobedience or resistance to its lawful process [and] order." 18 U.S.C. §401; *see also*, 28 U.S.C. §1826 (detainment of recalcitrant witnesses). Accordingly, on May 5, 2009, this Court initiated contempt

proceedings against Mr. Baca and issued a warrant of arrest failure to appear. On May 11, 2009, Mr. Baca surrendered himself to the custody of the United States Marshal.

On May 11, 2009, this Court held initial contempt proceedings on the record. The Court warned Mr. Baca of the civil and criminal nature of the contempt proceedings and advised Mr. Baca that he may seek the advice of an attorney and is entitled to a hearing. *United States v. Doe*, 125 F.3d 1249, 1255 (9th Cir. 1997); *see also*, *Coronado v BankAtlantic Bancorp, Inc*, 222 F3d 1315 (11th Cir), *cert. denied*, 531 US 1052 (2000) (recipient that disobeyed subpoena is in contempt, and may be fined or imprisoned); *Fremont Energy Corp. v. Seattle Post Intelligencer*, 688 F.2d. 1285 (9th Cir. 1982) (district court must afford witness in contempt of court opportunity to show adequate excuse for noncompliance with subpoena). Mr. Baca asked the Court to continue the hearing at least 10 days so that he can secure the assistance of counsel. Accordingly, this Court:

1. SETS a contempt hearing on Friday, May 22, 2009 at 10:30 a.m. in Courtroom 4 (LJO);
2. ORDERS Rudy Baca to appear at the May 22, 2009 hearing;
3. ORDERS Rudy Baca to comply with all local, state, and federal laws;
4. ORDERS Anthony Harris to appear telephonically at the May 22, 2009 hearing to testify regarding his personal service of the subpoena and his knowledge of Mr. Baca's refusal to comply with the subpoena; and
5. ADMONISHES Rudy Baca that failure to appear at the May 22, 2009 hearing shall result in a no bail bench warrant for his arrest.

IT IS SO ORDERED.

**Dated:   May 11, 2009**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

-2-