UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **WENDELL JAMON JONES**, <br><br>  Plaintiff, <br><br>  vs. <br><br> **CITY OF MODESTO, ROY W. WASDEN, ADAM MCGILL, RAFAEL VEGA, JEFF PROTINE, MIKE HICKS, CRAIG PLANTE, and JASON GROGAN,** <br><br>  Defendants. | No. 1:08-CV-00396-LJO-DLB <br><br> **ORDER FOR PROPOSED JUDGMENT** |

This Court ORDERS Plaintiff Wendell Jamon Jones, no later than May 18, 2009, to submit a proposed judgment in this matter.

IT IS SO ORDERED.

**Dated:  May 11, 2009**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE