UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE ANTHONY HARRIS, in the matter of<br><br>WENDELL JAMON JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADAM MCGILL, RAFAEL VEGA, JEFF PROTINE, and CRAIG PLANTE,<br><br>    Defendants. | No. 1:08-CV-00396-LJO-DLB<br><br>**ORDER ON UNAUTHORIZED PRACTICE OF LAW ISSUE** |

On May 7, 2009, immediately upon the jury retiring to deliberate, defense counsel James Wilson ("Mr. Wilson") reported to this Court that plaintiff's counsel Anthony Harris ("Mr. Harris") was suspended from the practice of law from July 1-July 15, 2008, and that Mr. Harris appeared at this Court's July 14, 2008 scheduling conference while he was unauthorized to practice law. According to the public records provided by the State Bar of California, Mr. Harris was not eligible to practice law beginning July 1, 2008 for failure to pay his State Bar of California membership fees. On July 16, 2008, Mr. Harris was reinstated to active practice. This Court ordered Mr. Harris to reply to Mr. Wilson's allegations no later than May 14, 2009.

On May 12, 2009, Mr. Wilson filed a complaint against Mr. Harris with the Office of Chief Trial Counsel at the State Bar of California. In the letter attached to the complaint, Mr. Wilson explains

1     that he was unable to establish communication with Mr. Harris during the time period prior to the July
2     14, 2008 scheduling conference. Mr. Harris did file a scheduling conference statement on July 7, 2008,
3     and appeared telephonically in this Court on July 14, 2008. At the time of the appearance, Mr. Harris
4     was suspended from the practice of law.

        Mr. Harris filed his response on May 14, 2009. Mr. Harris explains that he did not appear with the knowledge that he was placed on administrative suspension. Mr. Harris contends that he was ill during the weeks prior to the scheduling conference and was unable to check his mail. Because he did not receive notice of the suspension, he was unaware that he was unauthorized to practice at the time of his appearance. When Mr. Harris ultimately became aware of the administrative action, he paid his membership fees promptly and returned to active status.

        This Court accepts the explanation of Mr. Harris, as an officer of this Court. The State Bar of California is in a better position to investigate and determine an appropriate sanction, if any, on what appears to be a State Bar of California matter. According, this Court shall take no further action on this issue.

IT IS SO ORDERED.

**Dated:**    **May 15, 2009**                 **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE