UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| **WENDELL JAMON JONES,** | ) | No. 1:08-CV-00396-LJO-DLB |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **ADAM MCGILL, RAFAEL VEGA, JEFF PROTINE, and CRAIG PLANTE,** | ) | |
| Defendants. | ) | |

This cause came on regularly for trial on May 5, 2009 in the United States District Court, Eastern District of California, the Honorable Lawrence J. O'Neill presiding, with a jury of eight (8). Plaintiff Wendell Jamon Jones appeared by his attorney Anthony Harris. Defendants Adam McGill, Rafael Vega, Jeff Protine, and Craig Plante appeared by their attorney James Wilson, Office of the City Attorney, City of Modesto. Evidence, both oral and documentary, was presented by both parties, the cause was argued and submitted for decision, and a unanimous verdict was reached by the jury and read on the record on May 7, 2009. Prior to the jury trial, this Court dismissed with prejudice Plaintiff's claim against defendant Chief Roy W. Wasden (Doc. 20)and the parties stipulated to dismiss the City of Modesto, and Mike Hicks on the record.

Based on the foregoing, THIS COURT ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. Plaintiff shall recover the sum of $9,990.00 from defendant Adam McGill on his claim for excessive force, as set out in Count I of the First Amended Complaint;
2. Plaintiff shall taking nothing from any other defendant on any other claim in this matter;
3. Plaintiff shall recover costs of his suit on the claim set out in Count I of the First Amended Complaint, as taxed by the Clerk, subject to objections, if any, filed by defendants, filed in a timely manner;
4. The judgment shall bear interest at the judgment rate until satisfied fully; and
5. All relief not expressly granted is denied.

IT IS SO ORDERED.

**Dated:  May 19, 2009**             /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE