UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| **WENDELL JAMON JONES,** | ) | No. 1:08-CV-00396-LJO-DLB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO SET ATTORNEYS FEES MOTION BRIEFING SCHEDULE** |
| **ADAM MCGILL, RAFAEL VEGA, JEFF PROTINE, and CRAIG PLANTE,** | ) | |
| Defendants. | ) | |

This Court sets the following schedule for Plaintiff's motion for attorneys fees (Doc. 89):

1. Defendants, **no later than June 16, 2009**, shall file an opposition, if any, including all documents in support of such motion;

2. Plaintiff, **no later than June 23, 2009**, shall file a reply, if any; and

3. The Court will determine whether a hearing on this motion is necessary once all documents are received and reviewed.

IT IS SO ORDERED.

**Dated: May 26, 2009**       /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

-1-